DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
WADE CHOW, SBN 168527
Chief Attorney
Code Enforcement Team
NABILA ABDALLAH, SBN 347764
Deputy City Attorney
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone: (415) 355-3325
Facsimile: (415) 437-4644
E-Mail: Nabila.Abdallah@sfcityatty.org

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO and
PEOPLE OF THE STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KAREN PO KWAN,<br><br>Defendant. | Case No. 4:26-CV-11079<br><br>Removed from the Superior Court of California, County of San Francisco, Case No. CGC-26-639536<br><br>**[PROPOSED] ORDER TO REMAND**<br><br>Date Action Filed: September 29, 2026<br>Trial Date: Not set |

It is hereby ordered that this action is **REMANDED** to the Superior Court of California, County of San Francisco.

**IT IS SO ORDERED.**

Dated: ________________________

By: ______________________________
THE HONORABLE JON S. TIGAR
United States District Judge

## PROOF OF SERVICE

I, CARMEN GUO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Seventh Floor, San Francisco, CA 94102.

On October 26, 2026, I served the following document(s):

**PLAINTIFFS' [PROPOSED] ORDER TO REMAND**

on the following person(s) at the locations specified:

KAREN PO KWAN
15 Chickasaw Court
Corte Madera, CA 94925

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed October 26, 2026, at San Francisco, California.

*/s/ Carmen Guo*
CARMEN GUO

4934-4618-3388, v. 1