DAVID CHIU, SBN 189542
City Attorney
YVONNE R. MERÉ, SBN 173594
Chief Deputy City Attorney
WADE CHOW, SBN 168527
Chief Attorney
Code Enforcement Team
NABILA ABDALLAH, SBN 347764
Deputy City Attorney
Fox Plaza
1390 Market Street, Seventh Floor
San Francisco, California 94102-5408
Telephone: (415) 355-3325
Facsimile: (415) 437-4644
E-Mail: Nabila.Abdallah@sfcityatty.org

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO and
PEOPLE OF THE STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KAREN PO KWAN,<br><br>Defendant. | Case No. 4:26-CV-11079-JST<br><br>**RE-NOTICE OF MOTION TO REMAND**<br><br>Hearing Date: January 28, 2027<br>Time: 2:00 pm<br>Judge: Hon. Jon S. Tigar<br>Place: Courtroom 6 – 2nd Floor<br><br>Date Action Filed: September 29, 2026<br>Trial Date: Not set |

**RE-NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that the hearing on Plaintiffs' motion to remand, previously noticed for December 3, 2026, is hereby re-noticed for January 28, 2027 at 2:00 p.m. or as soon thereafter as this matter may be heard, before the Honorable Jon S. Tigar, United States District Court, 1301 Clay Street, Courtroom 6, 2nd Floor, Oakland, California.

Dated: October 27, 2026

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
WADE CHOW
Chief Attorney
Code Enforcement Team
NABILA ABDALLAH
Deputy City Attorney

By: */s/ Nabila Abdallah*
NABILA ABDALLAH

Attorneys for Plaintiffs
CITY AND COUNTY OF SAN FRANCISCO and
PEOPLE OF THE STATE OF CALIFORNIA

## PROOF OF SERVICE

I, CARMEN GUO, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Seventh Floor, San Francisco, CA 94102.

On October 27, 2026, I served the following document(s):

**RE-NOTICE OF MOTION TO REMAND**

on the following person(s) at the locations specified:

KAREN PO KWAN
15 Chickasaw Court
Corte Madera, CA 94925

in the manner indicated below:

☒ **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed October 27, 2026, at San Francisco, California.

*/s/ Carmen Guo*
CARMEN GUO

4930-9288-8028, v. 1