Karen Po Kwan (aka Karen Po Lon Kwan)
15 Chickasaw Ct
Corte Madera, CA 94925
415.988.9123
Defendant, Pro Se

CITY ATTY'S OFFICE
1390 MARKET ST.
2026 NOV -5 PM 1:38

FILED

NOV 5 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

PEOPLE OF THE STATE OF CALIFORNIA, by and through David Chiu, City Attorney for the City and County of San Francisco,

Plaintiff,

v.

KAREN PO KWAN, an individual (aka KAREN PO LON KWAN),

Defendant.

Case No. 26-cv-11079-JST

**DECLARATION OF KAREN PO KWAN IN SUPPORT OF DEFENDANT'S CONSOLIDATED RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

I, Karen Po Kwan, declare as follows:

1. I am the Defendant in the above-entitled action. I am representing myself pro se in this matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.
2. I submit this declaration to respectfully explain to the Court the circumstances that resulted in my Consolidated Response to the Court's Order to Show Cause being filed two days late.
3. As a pro se litigant, I do not have access to the court's electronic CM/ECF filing system and must prepare, format, print, and physically transport all documents to the Clerk's Office for in-person filing.

4. The two-day delay in submitting my response was not due to any intentional disregard of the Court's deadlines, but was instead the direct result of inadvertent technical complications regarding the printing, preparation, and formatting of the complex legal documents required to address the Court's jurisdiction, alongside immediate, unexpected personal logistical difficulties that disrupted my ability to travel to the courthouse before the deadline passed.

5. Upon resolving these unforeseen technical and logistical hurdles, I acted immediately and diligently to finalize the documents, secure non-party service upon the Plaintiff's counsel, and physically deliver the papers to the Clerk of the Court.

6. The minor two-day delay has not prejudiced the Plaintiff in any manner, as the underlying litigation remains in its infancy following removal, and the Plaintiff has already received full notice and a physical copy of my response.

7. I deeply respect this Court's time, authority, and procedural deadlines. I respectfully request that the Court accept my Consolidated Response despite the two-day delay and consider the filing on its merits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 5, 2026, at San Francisco, California.

Karen Po Kwan

Defendant, Pro Se