Karen Po Kwan (aka Karen Po Lon Kwan)
15 Chickasaw Ct
Corte Madera, CA 94925
415.988.9123
Defendant, Pro Se

FILED
NOV 5 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

PEOPLE OF THE STATE OF CALIFORNIA, by and through David Chiu, City Attorney for the City and County of San Francisco,
Plaintiff,

v.

KAREN PO KWAN, an individual (aka KAREN PO LON KWAN),
Defendant.

Case No.: CV26-11079 JST

**CERTIFICATE OF SERVICE (PERSONAL DELIVERY BY NON-PARTY)**

I, Dale Churk Suen Kwan, declare:

I am over the age of 18 years and not a party to the within-entitled action. My address is 15 Chickasaw Ct, Corte Madera, CA 94925 in the county of Marin.

On November 5, 2026, I personally served a true and correct copy of the document titled:

**DEFENDANT'S CONSOLIDATED RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION AND CONCURRENT MOTION FOR AN EXTENSION**

by personally delivering and leaving a true copy of the document at the office of the plaintiff's counsel of record as follows:

**Delivered to:** RECEPTIONIST [Name of Person Who Accepted the Papers]

**At the address of:**

Office of the City Attorney
Attn: NABILA ABDALLAH, SBN 347764
1390 Market St, 7th Floor
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 5, 2026, at San Francisco, California.

Dale Churk Suen Kwan

Dale Churk Suen Kwan

Declarant / Server