UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Plaintiffs,

v.

KAREN PO KWAN,

Defendant.

Case No. 26-cv-11079-JST

**ORDER REMANDING ACTION TO SAN FRANCISCO COUNTY SUPERIOR COURT**

Plaintiffs City and County of San Francisco and State of California filed this action against Defendant Karen Po Kwan alleging violations of state housing law and San Francisco health and housing codes, as well as public nuisance. ECF No. 1 at 15–31. Plaintiffs initially filed the complaint in San Francisco County Superior Court and Kwan removed it based on federal question jurisdiction. *Id.* at 1–4. Because a review of the complaint raised concerns about the Court's subject matter jurisdiction, Defendant was ordered to show cause ("OSC") as to why this action should not be remanded to San Francisco County Superior Court. ECF No. 12.

Defendant's OSC response confirms that her assertion of federal question jurisdiction is based on defenses she anticipates raising under federal law. ECF No. 18 at 3 (arguing federal question jurisdiction is satisfied because "[t]his action is an unconstitutional asset-stripping scheme disguised as a municipal code enforcement case"). As the Court explained in its OSC, "a case may *not* be removed to federal court on the basis of a federal defense." *City of Oakland v. BP PLC*, 969 F.3d 895, 903–04 (9th Cir. 2020) (citation modified) (emphasis in original). Accordingly, this action is REMANDED to San Francisco County Superior Court for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.").

United States District Court
Northern District of California

United States District Court
Northern District of California

Defendant's motion for an extension of time, ECF No. 9, and Plaintiffs' motion to remand, ECF No. 13, are terminated as moot.

**IT IS SO ORDERED.**

Dated: November 17, 2026

JON S. TIGAR
United States District Judge