# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street
Oakland, CA 94612
*cand.uscourts.gov*

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
MARK B. BUSBY
Clerk, U.S. District Court
Northern District of California

by: *Karen Gorman*
Deputy Clerk
Date: 11/24/2026

November 24, 2026

San Francisco County Superior Court
400 McAllister Street.
San Francisco, CA 94102

RE: City and County of San Francisco, et al. v. Karen Po Kwan
26-cv-11079-JST

Your Case Number: CGC-26-639536

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of Remand Order
- ☒ Original and one copy of this transmittal letter
- ☒ Copy of docket entries
- ☒ Self-addressed postage paid envelope
- ☐ Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Mark B. Busby, Clerk

*Karen Gorman*

by: Karen Gorman
Case Systems Administrator
415 522-2074